Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

| | |
|---|---|
| In Re: Charles D. Shiveley<br>Denise C. Shiveley<br>Debtor(s)<br>SSN/TAX ID:<br>xxx–xx–9246<br>xxx–xx–7905 | Case No.: 1:16–bk–12801<br><br>Chapter: 13 |

---

### NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 14 days from the filing date of your petition or within 14 days from the date of conversion to a chapter 13.

☒ The PDF document does not match the docket text. Please file an amended document. Re: **[64] The PDF Document does not Match Docket Text.**

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☐ Other Deficiencies:

Dated: July 12, 2019

                                                   FOR THE COURT:
                                                   Richard B. Jones
                                                   Clerk, U.S. Bankruptcy Court